# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-51203
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 2, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROSARIO DIVINS,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:08-CR-889-1

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Rosario Divins, federal prisoner # 30034-280, seeks leave to proceed in forma pauperis (IFP) on appeal from the denial of her motion for modification of sentence. By moving to proceed IFP, Divins is challenging the district court's certification decision that her appeal was not taken in good faith because it is frivolous. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-51203

Divins does not address the district court's reasons for denying her IFP motion. When an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed that issue. *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *see also* FED. R. APP. P. 28(a)(8). Thus, Divins's motion to proceed IFP is DENIED, and her appeal is DISMISSED as frivolous. *See Baugh*, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.